# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

**No.** 14-6897,    Roger Deal, Sr. v. Sergeant O'Neill
1:13-cv-00552-CCE-JEP

RECEIVED
2014 JUN 26 AM 9:59
U.S. COURT OF APPEALS
FOURTH CIRCUIT

**1. Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought:
Middle District Court
B. Date(s) of order or orders for which review is sought:

**2. Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

**3. Issues for Review**   6/6/14
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

I was at the medication window to get the medication that I was taking for being sick from withdraws from the methadone I took for years and was very sick and I ask the nurse for my medication and she said I was out. I then told her you mean you run out of my medication as sick as I was and had not eat in several days, she said yes, I then threw my water cup in the trash and told her this is the worse camp I ever been on. That is when Sargeant O'Neill said put your hands behind your back I said I have not did anything that is when we got down the hallway he twich the hand cuffs

**Issue 2.**

**Supporting Facts and Argument.**

To call more pain and the I was yelling about the pain he then slam me up against the wall. and then as we were going down the hallway I have a foot drop in my right foot and they was going so fast I fail. He then yell get up, I said I can't get up, and that when Officer Oxinding pick me up, slam me back down pick me up two more times slamming down so hard my chin was

busted open then threw me in a cell in segregation, and then Sargeant Brit came in with a video cammar and took a vidieo of my chin and all the blood on me. I was then took to P.A. White who sew stiches in my chin. and I beg him to take me to the Hospital to get x-rays of my back-fuesion and my hip-replacement and he would not and have been in sever pain scent more than befor

### Issue 3.
**Supporting Facts and Argument.**

This was Excessive force
There was no need for it
and I was also badly hurt
The victim's mother has gone from camp to camp trying to get me kill and even Officer Marrison at Central Prison said "We try to kill you, but you just want die" and I had broke ribs, hand, hip

### Issue 4.
**Supporting Facts and Argument**

replacement pop out and scars all over me, were the repeatly try to kill me, and now Diann Ratley Hood has hair a hit man to kill us. I seen the F.B.I Gen Vencent and told him, but she lies her way out because her ex-husband was and ex highway Patrole

### 4. Relief Requested
**Identify the precise action you want the Court of Appeals to take:**

So at each camp I go she get C.O.'s wardens or inmates to try to kille me even Dr Price Jr who did my back fuseion bleed me out and I almost die and the same way with my hip-replacement my blood pressure was so low it bottom out.

### 5. Prior appeals (for appellants/petitioners only)

That is how her son die, he bleed out and could not recover, and they wanted me to die the same way

A. Have you filed other cases in this Court? Yes [X] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each? ?

*Roger Lee Deal Sr*
Signature
[Notarization Not Required]

Roger Lee Deal Sr  #0704751
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
**********************

I certify that on _____ I served a copy of this Informal Brief on all parties, addressed as shown below:

Scotland Correctional Inst.
P.O. Box 1808
Laurinburg, N.C. 28353

_____
Signature

Roger Lee Deal Sr # 0704751
Scotland Correctional
P.O. Box 1808
Laurinburg, N.C.
28353

JUN 26 2014

INSPECTED

Clerk U.S. Court of Appeals
U.S. Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219